UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Master File No. 00-1334-MD-MORENO**
**Tag-Along Case No. 08-20005-CIV-MORENO**

IN RE:  MANAGED CARE LITIGATION

_____

DECATUR HEALTHCARE, LLC, *et al.*,

     Plaintiffs,

vs.

BLUE   CROSS   AND   BLUE   SHIELD
ASSOCIATION, *et al.*,

     Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DISMISSING CASE WITHOUT PREJUDICE

THE MATTER was referred to the Honorable Edwin G. Torres, United States Magistrate

Judge for a Report and Recommendation on Defendant Blue Cross and Blue Shield of Illinois'

Motion to Dismiss Plaintiffs' Complaint **(D.E. No. 28)** and Defendant Blue Cross and Blue Shield

Associations' Motion to Dismiss Plaintiffs' Complaint **(D.E. No. 26).**  The Court has subsequently

granted the stipulated dismissal of Blue Cross and Blue Shield Association, and denied as moot its

Motion to Dismiss.  Blue Cross and Blue Shied of Illinois' Motion to Dismiss, however, remains

pending before the Court.

The Magistrate Judge filed a Report and Recommendation **(D.E. No. 41)** on **February 26,**

**2009**.  The Court reviewed the entire file and record.  The Court has made a *de novo* review of the

issues that the objections to the Magistrate Judge's Report and Recommendation present, and being

otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Edwin G. Torres's Report and Recommendation **(D.E. No. 41)** on **February 26, 2009** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1)    Defendant Blue Cross and Blue Shield of Illinois' Motion to Dismiss Count I of the Complaint due to failure to properly assert ERISA claim pursuant to 29 U.S.C. §1332(a) is GRANTED and Count I is DISMISSED WITHOUT PREJUDICE.

(2)    Plaintiffs' Count II is DISMISSED WITHOUT PREJUDICE.

(3)    An Amended Complaint may be filed by **April 13, 2009**.

DONE AND ORDERED in Chambers at Miami, Florida, this 20th day of March, 2009.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Edwin G. Torres
Counsel of Record